UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WORLD TRUCK TOWING & RECOVERY, INC., | ) ) ) | Case No.: 1:21 CV 1386 |
| Plaintiff | ) ) | |
| v. | ) ) | JUDGE SOLOMON OLIVER, JR. |
| KEVIN MANOUGIAN BSA SLM TRUCKING, INC., *et al.,* | ) ) ) ) | |
| Defendants | ) | DEFAULT JUDGMENT |

Having come before this Honorable Court on Plaintiff's Motion for Default Judgment against Kevin Manougian d/b/a SLM Trucking ("SLM"), said Motion is well-taken and GRANTED.

THEREFORE, SLM is found to be in default of answer, and is jointly and severally liable with Defendant ASA Claims, Inc. in the amount of $331,951.58.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 14, 2023